**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CIVIL ACTION NO. 5:19-CV-94-TBR**

**BRETT EIGENRAUCH**                                                                              **PLAINTIFF**

**V.**

**DONALD BOWMAN**                                                          **DEFENDANT**

**MEMORANDUM OPINION & ORDER**

Plaintiff Brett Paul Eigenrauch, a pretrial detainee at the Calloway County Jail, filed a *pro se* 42 U.S.C. § 1983 complaint proceeding in forma pauperis. By prior Memorandum and Order (DN 9), this Court undertook an initial review of the complaint pursuant to 28 U.S.C. §1915A and *McGore v. Wrigglesworth*, 114 F.3d 60 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007). The Court construed the complaint as alleging a Fourth Amendment claim for illegal search and seizure under 42 U.S.C. §1983. The Court found that before completing the initial review of the action, it required additional information concerning Plaintiff's state-court criminal action to determine if the action should be stayed under *Wallace v. Kato*, 549 U.S. 384, 393 (2007). Therefore, the Court ordered Plaintiff to provide the Court with the status of the criminal charges against him.

In compliance with the Court's Memorandum and Order, Plaintiff filed a handwritten document stating that he had eight charges pending against him and that two charges had been dismissed. (DN 10). He additionally stated, "I have not been convicted on any of the charges that have came from this incident." The Court ordered the action stayed pending the final disposition of the criminal case against Plaintiff. (DN 11). The Court also ordered the Plaintiff to notify the Court in writing within 30 days of the final disposition of the state criminal action against him. *Id*.

The Court also warned Plaintiff that his failure to do so would result in the dismissal of this civil action. *Id*.

Plaintiff has not filed anything with the Court since October 30, 2019. Plaintiff is **ORDERED** to file a status report with the Court informing it of the status of his state criminal action within fourteen (14) days of entry of this order. Plaintiff's failure to comply with this order may result in dismissal of this civil action.

IT IS SO ORDERED.

**Thomas B. Russell, Senior Judge**
**United States District Court**

February 22, 2021

**Brett Eigenrauch**
Calloway County Jail
310 North 4th Street
Murray, KY 42071
PRO SE